220 So.2d 455

**J. Errol LANEY et al.**

v.

**Guy P. STUBBS, Jr., and Grain Dealers Mutual Insurance Company.**

**No. 49697.**

March 31, 1969.

In re: Mrs. Helen G. Laney, etc., et al. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 217 So.2d 468.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

220 So.2d 455

**Detroit M. SITTIG et ux.**

v.

**ALLSTATE INSURANCE COMPANY et al.**

**No. 49680.**

March 31, 1969.

In re: Detroit Sittig and Lois Bourque Sittig applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 216 So.2d 692.

Writ denied. On the facts found by the Court of Appeal, we find no error in the judgment complained of.